**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose MARCIANO–VILATORO, aka Jose Marciano Villatoro; aka Jose Marciano Vilatoro, Defendant—Appellant.**

**No. 02–50222.**

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 18, 2003.

Before: RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jose Marciano–Vilatoro appeals his conviction by guilty plea and 57–month sentence for being found in the United States after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Marciano–Vilatoro's counsel has submitted a brief stating that she has found no meritorious issues for review. Appellant has not filed a supplemental pro se brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.